**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 125 MM 2023
　　　　　　　　　　　　　　　　　　:
　　　　　　　　Respondent　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　v.　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
OMAR POWELL,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioner　　　　　　:

## ORDER

**PER CURIAM**

　　　**AND NOW**, this 9th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the "Petition for Extraordinary Relief under this Court's King's Bench Powers" is DENIED.